UNITED STATES DISTRICT COURT
DISTRICT OF SOUTHERN IOWA
CENTRAL DIVISION

| | |
|---|---|
| TRENISHA WEBSTER,<br><br>    Plaintiff,<br><br>vs.<br><br>JENNIFER WESTLAKE, individually and in capacity of a law enforcement officer, LORI KELLY, individually and in capacity of a law enforcement officer; and DES MOINES, IOWA,<br><br>    Defendants. | 4:19-CV-00302-RP-HCA<br><br>TRIAL SETTING ORDER |

A scheduling conference was conducted pursuant to Fed. R. Civ. P. 16 on October 11, 2022. Based on the discussions during the conference and the parties' proposed schedule, it is hereby ordered:

1. A Jury Trial shall begin on **June 13, 2023,** at **9:00 AM** before United States Senior Judge Robert Pratt at the United States Courthouse, Des Moines, Iowa. Trial is estimated to take 2 days.

2. A Final Pretrial Conference shall be held on **May 18, 2023,** at **10:00 AM** at the United States Courthouse, Des Moines, Iowa, before Chief Magistrate Judge Helen C. Adams.

IT IS SO ORDERED.

DATED October 11, 2022.

*Helen C. Adams*
Helen C. Adams
Chief U.S. Magistrate Judge