# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
### (Central Division)

| | |
|---|---|
| **TRENISHA WEBSTER,**<br><br>Plaintiff,<br><br>vs.<br><br>**JENNIFER WESTLAKE, LORI KELLY, and DES MOINES, IOWA.**<br><br>Defendants. | Case No. 4:19-cv-00302-RP-HCA<br><br>**PARTIAL DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** |

### PLAINTIFF'S PARTIAL DISMISSAL OF COUNTS III AND IV

**COMES NOW**, the Plaintiff, Trenisha Webster, by and through her undersigned counsel, and hereby voluntarily dismisses Counts VII[1] (sic) – *Abuse of Process* and VIII[2] (sic) – *Respondeat Superior* of the Complaint filed the above-captioned matter and without court order pursuant to Federal Rule of Civil Procedure 41(a).

        **PARRISH KRUIDENIER DUNN GENTRY BROWN BERGMANN & MESSAMER, L.L.P.**

BY: ___/s/ Brandon Brown___
      Brandon Brown      AT0001199
      2910 Grand Avenue
      Des Moines, Iowa 50312
      Telephone: (515) 284-5737
      Facsimile: (515) 284-1704
      E-Mail: bbrown@parrishlaw.com
      **ATTORNEY FOR PLAINTIFF**

---

[1] Through a scrivener's error, Count III is incorrectly referred to as Count VII in the Complaint.
[2] Through a scrivener's error, Count IV is incorrectly referred to as Count VIII in the Complaint.

## **DEFENDANTS' STIPULATION**

**COME NOW,** the Defendants, Jennifer Westlake, Lori Kelly, and Des Moines, Iowa , by and through their undersigned counsel, and hereby stipulate to the voluntary dismissal of those counts related to Abuse of Process and Respondeat Superior without court order pursuant to Federal Rule of Civil Procedure 41(a)(ii).

**DES MOINES, IOWA CITY ATTORNEY'S OFFICE**

*/s/ Michelle Mackel-Wiederanders*_____
Michelle Mackel-Wiederanders AT0004790
Assistant City Attorney
400 Robert D. Ray Drive
Des Moines, IA 50309-1891
Telephone: (515) 283-4537
Facsimile: (515) 237-1748
E-Mail: mrmackel@dmgov.org
**ATTORNEY FOR DEFENDANTS**

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause by:

| | | | |
|---|---|---|---|
| ( ) | personal service | ( ) | first class mail |
| ( ) | certified mail, return receipt requested | ( ) | facsimile |
| ( ) | Airborne Express (overnight) | (X) | Electronic Filing |

on the 12th day of October, 2022.
I declare that the statements above are true to the best of my information, knowledge and belief.

___/s/   Anita Soderblom_____