**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**(Central Division)**

| | |
|---|---|
| **TRENISHA WEBSTER,**<br><br>     **Plaintiff,**<br><br>vs.<br><br>**JENNIFER WESTLAKE, LORI KELLY, and DES MOINES, IOWA.**<br><br>     **Defendants.** | Case No. 4:19-cv-00302-RP-HCA<br><br>**MS. WEBSTER'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT** |

**COMES NOW**, the Plaintiff, Trenisha Webster, by and through her undersigned counsel, Brandon Brown, and hereby provides Notice of Acceptance of an Offer of Judgment, and respectfully states the following:

1.  On December 6, 2022, Defendants, through their counsel, submitted an Offer of Judgment ("the Offer") pursuant to Rule 68 of the Federal Rules of Civil Procedure. Said offer was in the amount of $150,000.00 and contained a certificate of service dated December 6, 2022.

2.  On December 6, 2022, Plaintiff, through her counsel, notified counsel for the Defendants that Ms. Webster accepted the Offer.

3.  Plaintiff hereby provides the Court with Notice that she timely accepts the Offer, which is filed herewith and marked as Exhibit A.

**WHEREFORE**, Plaintiff respectfully requests this Court direct the Clerk of Court to enter judgment against Defendants in the amount of $150,000.00 under the

terms contained in the Offer of Judgment and grant any other relief in favor of Plaintiff this Court deems appropriate.

          **PARRISH KRUIDENIER DUNN GENTRY BROWN BERGMANN & MESSAMER, L.L.P.**

          BY: */s/ Brandon Brown*
          Brandon Brown    AT0001199
          Jessica Donels    AT0013389
          2910 Grand Avenue
          Des Moines, Iowa 50312
          Telephone:  (515) 284-5737
          Facsimile:  (515) 284-1704
          Email: bbrown@parrishlaw.com
                 jdonels@parrishlaw.com
          **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 16, 2022, I electronically filed the foregoing with the Clerk of Court using the ECF system and a true copy of the foregoing was served electronically upon the following:

Michelle Mackel-Wiederanders
E-Mail: mrmackel@dmgov.org
**ATTORNEY FOR DEFENDANTS**

          /s/ *Anita C. Soderblom*
          Anita C. Soderblom
          Legal Assistant